EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* MELITÓN PIÑA, acusado y apelante.

No. 4240.—*Sometido:* Diciembre 12, 1930. *Resuelto:* Enero 26, 1931.

*P. Pérez Pimentel,* abogado del apelante; *R. A. Gómez,* abogado de *El Pueblo,* apelado.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.

Melitón Piña fué denunciado por portar un revólver, arma prohibida, y condenado a un mes de cárcel. No conforme, apeló. Admite que portaba el arma a que se refiere la de-

---

[*] NOTA: Véase el prefacio.

nuncia, pero sostiene que lo hacía en forma tal que estaba autorizado para ello por la ley.

La prueba del fiscal demostró que yendo, en automóvil, por la carretera de Ceiba a la Playa de Naguabo, el policía José Flores, vió al acusado que caminaba, a caballo, por la misma carretera, portando sobre su persona un revólver; que trató inmediatamente de comunicarse con él, pero no pudo, y lo siguió como un kilómetro hasta que logró detenerlo. La prueba de la defensa tiende a demostrar que el acusado se encontraba dentro de la colonia "Aurora" de la cual era mayordomo y que allí y no en la carretera fué que el policía le pidió el arma. El conflicto fué resuelto en contra del acusado, y nada demuestra pasión, prejuicio o parcialidad por parte de la corte sentenciadora.

Lo dicho bastaría para confirmar la sentencia, pero el apelante insiste en que aun aceptando la prueba de El Pueblo, tenía derecho a portar el arma, ya que era el mayordomo de una finca y usaba el arma en relación con ella.

Puede admitirse como probado que el acusado era mayordomo de una finca, pero habiéndose demostrado que transitaba por una carretera pública con el arma, caminando por ella "como un kilómetro", según dice el policía denunciante, o "por un largo trecho", como asegura otro testigo, es necesario concluir que no le ampara la excepción que invoca, contenida en el artículo 5, número 5, de la Ley número 14 de 1924, prohibiendo la portación de armas, así:

"Artículo 5.—Las disposiciones de esta ley no serán aplicables—
" *      *      *      *      *      *      *
"5. A la portación de armas dentro de la propia casa o finca."

No fija la ley excepción alguna con respecto a mayordomos de fincas. A un mayordomo puede favorecerle la excepción de "dentro de la propia. . .finca", pero será cuando esté dentro de la finca.

Cita el apelante en apoyo de su teoría varias decisiones de esta corte. Ninguna es aplicable. La que más pudiera

favorecerle, la de *El Pueblo* v. *Díaz*, 37 D.P.R. 455, fija la regla así:

"El que un celador de una finca haga uso ilegal de un arma—machete—dentro de dicha finca y en camino de la misma, no le hace culpable del delito de portar armas *en ausencia de prueba al efecto de que dicho camino era público.*"

Y aquí la prueba existe.

*Debe confirmarse la sentencia apelada.*